IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita Leeson Weinshienk

Civil Action No. 10-cv-02578-ZLW-CBS

BETH EBURN,

     Plaintiff,

v.

CAPITOL PEAK OUTFITTERS, INC.,

     Defendant.

---

## ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

---

**IT IS ORDERED** that, pursuant to 28 U.S.C. § 636(b)(1)(A)-(C), Fed. R. Civ. P. 72 (a) and (b) and D.C.COLO.LCivR 72.1C., United States Magistrate Judge Craig B. Shaffer is designated to conduct proceedings in this civil action as follows:

  **X** Convene a scheduling conference under Fed. R. Civ. P. 16(b) and enter a scheduling order meeting the requirements of D.C.COLO.LCivR 16.2.

  **X** Conduct such status conferences and issue such orders necessary for compliance with the scheduling order, including amendments or modifications of the scheduling order upon a showing of good cause.

  **X** Convene such settlement conferences and direct related procedures as may facilitate resolution of this case.

  **X** Hear and determine pretrial matters, as referred.

  _____ Conduct hearings, including evidentiary hearings, and submit proposed findings of fact and recommendations for rulings on dispositive motions.

  **X** Conduct a pretrial conference and enter a pretrial order.

**IT IS FURTHER ORDERED** that all parties shall be familiar with the United States District Court for the District of Colorado Local Rules of Practice. Copies are available from the Office of the Clerk and on the Court's website at http://www.cod.uscourts.gov/. Additionally, the parties shall review and follow the Standards for Civil Motions posted under "Judicial Officers' Procedures" for Senior Judge Weinshienk on the Court's website**.**

DATED at Denver, Colorado this 27th day of October, 2010.

BY THE COURT:

ZITA LEESON WEINSHIENK, Senior Judge
United States District Court