IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 10-cv-02578-CMA-CBS

BETH EBURN,

    Plaintiff,

v.

CAPITOL PEAK OUTFITTERS, INC.,

    Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

    Pursuant to the parties' Stipulated Motion for Dismissal (Doc. # 49) signed by the attorneys for the parties hereto, it is

    ORDERED that this cause of action and all claims arising between these parties are DISMISSED WITH PREJUDICE, each party to pay her or its own costs and attorney's fees.

    DATED:  September   10  , 2012

                                  BY THE COURT:

                                  _____
                                  CHRISTINE M. ARGUELLO
                                  United States District Court Judge